No. 24-10841

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

ROCHELLE L. SMITH,

Plaintiff – Appellant

v.

GENERAL MOTORS, LLC,

Defendant – Appellee

---

On Appeal from the United States District Court for the Northern District of Texas

---

APPELLEE'S OPPOSED MOTION
FOR EXTENSION OF TIME TO FILE AND SERVE ITS ANSWER BRIEF

Pursuant to Fifth Circuit Rule 31.4.3.1, Defendant-Appellee General Motors, LLC ("Appellee" or "GM"), by and through its undersigned counsel, respectfully moves this Court for a 30-day extension of time, up to and including February 3, 2025, to file and serve its Answer Brief. In support thereof, GM states as follows:

1. Plaintiff-Appellant Rochelle L. Smith ("Appellant" or "Smith") filed her Principal Brief on December 2, 2024, making Appellee's Answer Brief due on January 2, 2025. Fed. R. App. P. 31(a)(1); Fed. R. App. P. 26(a).

2. Appellee requires additional time to file its Answer Brief and respectfully requests a 30-day extension of time, up to and including, February 3, 2025, to file and serve the same.[1]

3. Good cause exists to grant the requested extension because the undersigned counsel will be out of town during the next several weeks due to previously scheduled travels and the upcoming holidays. Specifically, the undersigned counsel will be traveling for the holidays from December 20, 2024, through December 27, 2024, and again from December 28, 2024, through January 6, 2025. Additionally, the undersigned counsel also has a number of other litigation deadlines and commitments, including mediation, depositions, summary judgment filings, and various other matters, that will require much of his attention over the next couple of weeks, further necessitating the requested extension.

4. This is Appellee's first request for an extension of time to file its Answer Brief, which is made in good faith and not for purposes of delay. Moreover, the requested extension will not unfairly prejudice either party.

5. Appellee conferred with Appellant via email on December 9, 2024, regarding the requested extension, who indicated she is opposed. The reason provided for her opposition is that Appellee's brief was allegedly initially due on

---

[1] Thirty days from January 2, 2024, is Saturday, February 1, 2025. The next business day is Monday, February 3, 2025. Fed. R. App. P. 26(a).

December 23, 2024, and the Court allegedly already provided Appellee with an extension until January 2, 2025, due to the holidays. This is incorrect.

6.   As stated above, Appellee's initial deadline to file its Answer Brief is January 2, 2025. Fed. R. App. P. 31(a)(1); Fed. R. App. P. 26(a). And as the Court is aware, the Court has not already provided Appellee with an extension due to the holidays.

WHEREFORE, for the reasons stated, Appellee respectfully requests the Court grant an extension, through and including February 3, 2025, within which to file and serve its Answer Brief.

Dated:   December 10, 2024           Respectfully submitted,

/s/ M. Collin Quigley
Jonathan G. Rector
Texas State Bar No. 24090347
jrector@littler.com
M. Collin Quigley
Texas State Bar No. 24100928
cquigley@littler.com

LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX  75201.2931
Telephone: 214.880.8100
Facsimile:  214.880.0181

**ATTORNEYS FOR DEFENDANT/APPELLEE GENERAL MOTORS, LLC**

## CERTIFICATE OF CONFERENCE

Pursuant to Fifth Circuit Rule 27.4, on December 9, 2024, the undersigned conferred with Appellant via email with respect to the relief requested in this Motion and Appellant indicated that she is opposed.

*/s/ M. Collin Quigley*
M. Collin Quigley

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December 2024, the foregoing *Appellee's Opposed Motion for Extension of Time to File and Serve Its Answer Brief* was electronically filed with the Clerk of Court using CM/ECF, and the foregoing document is being served on all parties and/or counsel of record identified on the Notice of Electronic Filing.

*/s/ M. Collin Quigley*
M. Collin Quigley