IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No 24-10841

U.S. COURT OF APPEALS
RECEIVED
Dec 10, 2024
FIFTH CIRCUIT

**ROCHELLE L. SMITH,**

Appellant

Versus

**GENERAL MOTORS LLC,**

Appellee

On appeal from the Decision of United States District Court for the Northern District of Texas

In Cause NO. 4:23-CV-00379-O-BP

# APPELLANT'S MOTION TO DENY APPELLEE'S MOTION FOR A 30 DAY EXTENSION OF TIME TO FILE AND SERVE ITS ANSWER BRIEF

**TO THE HONORABLE COURT:**

**COME NOW** Rochelle L. Smith ("Appellant"), without counsel, pursuant to Fed. R. App. P. 27(a)(2), hereby respectfully moves this Court to deny Appellee's 30-day extension request.

1. Plaintiff-Appellant Rochelle L. Smith filed her brief on December 2, 2024, pursuant to Fed. R. App. P. 31(a)(1) making Appellee's brief due on January 2, 2025.

2. Appellee's 30 days requested unfairly prejudice the Appellant. Appellant Rochelle L. Smith had previous travel plans for the Thanks Giving Holidays and still filed a timely brief on December 02, 2024. The Appellee's 30 day request appears to be for purposes of delay.

WHEREFORE, for the reasons stated, if the Court considers any request from the Appellee for an extension to file and serve its Answer brief, it should be only for 10 days until January 12, 2025, which is Sunday. The next business day is Monday, January 03, 2025.

Dates:　　December 10, 2025　　　　　　　　　　Respectfully submitted,

/s/Rochelle L Smith

Rochelle L. Smith

409 Ave E

Dallas, Texas 75203

rochellesmithdallas@gmail.com

(682) 597-0928

## **CERTIFICATE OF CONFERENCE**

Pursuant to Fifth Circuit Rule 27.4, on December 09, 2024, Appellant indicated that she is opposed via email.

# **CERTIFICATE OF SERVICE**

   I hereby certify that on December 10, 2024, the foregoing was filed in the above foregoing with the Clerk of the Court, utilizing the ECF system and email to the following:

| | |
|---|---|
| Jonathan G. Rector | /s/Rochelle L. Smith |
| Texas Bar No. 24090347 | Rochelle L. Smith |
| M. Collin Quigley | 409 Ave E |
| Texas Bar No. 24100928 | Dallas, Texas 75203 |
| LITTLER MENDELSON P.C. | rochellesmithdallas@gmail.com |
| 2001 Ross Avenue Suite 1500 | (682) 597-0928 |
| Dallas, Texas 75201-2931 | |
| (214) 880-8100 | |
| (214) 880-0181 (Fax) | |
| jrector@littler.com | |
| cquigley@littler.com | |



Rochelle Smith <rochellesmithdallas@gmail.com>

## ROCHELLE L. SMITH VS GENERAL MOTORS LLC NO. 24-10841

**Quigley, M. Collin** <CQuigley@littler.com>  Sun, Dec 8, 2024 at 6:55 PM
To: Rochelle Smith <rochellesmithdallas@gmail.com>
Cc: "Rector, Jonathan" <JRector@littler.com>, "York, Iva" <IYork@littler.com>

Good evening, Ms. Smith –

General Motors' current deadline to submit its Appellee's brief is January 2, 2025. Due to the holidays, we intend to request an extension of this deadline until February 3, 2025. Please let us know if you are opposed or unopposed to this request.

Thank you,

Collin

**M. Collin Quigley**
Attorney at Law
214.880.8159 direct, 469.503.8455 mobile
[CQuigley@littler.com](mailto:CQuigley@littler.com)



Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
[2001 Ross Avenue, Suite 1500, Dallas, TX 75201-2931](#)

**From:** Rochelle Smith <rochellesmithdallas@gmail.com>
**Sent:** Monday, December 2, 2024 4:24 PM
**To:** Quigley, M. Collin <CQuigley@littler.com>; Rector, Jonathan <JRector@littler.com>
**Subject:** Fwd: ROCHELLE L. SMITH VS GENERAL MOTORS LLC NO. 24-10841

**[EXTERNAL E-MAIL]**

[Quoted text hidden]

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.